# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 18, 2014

146128(72)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

KARL FREDERICK VINSON,
   Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146128
COA: 303593
Wayne CC: 86-000214-FC

_____/

   On order of the Court, the motion for reconsideration of this Court's February 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

   CAVANAGH, J., would grant the motion for reconsideration.

   MCCORMACK, J., not participating because of her prior involvement as counsel for a party.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2014


d0611

         Clerk